IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MICHAEL THURMAN, | ) | |
| | ) | Civil No. 07-1264-JO |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES DANIELS, Warden, | ) | ORDER TO DISMISS |
| FCI-Sheridan, | ) | |
| | ) | |
| Respondent. | ) | |

JONES, District Judge.

In its Order (#5) dated September 17, 2007, the court directed petitioner to submit the requisite $5.00 filing fee in this case within 30 days of the date of that Order. Plaintiff was advised that failure to comply with the court's Order would result in dismissal of this action. Thereafter, on October 1, 2007, petitioner notified the court that due to a "hold" placed on his prison trust account, his family would be submitting payment of the filing fee to the court. According to petitioner, the court should

1 - ORDER TO DISMISS

have "receive[d] [payment] within two-weeks from the date of [his] Notice." Petitioner's notice was dated September 25, 2007.

To date, the court has not received payment of the filing fee. Accordingly, this case is DISMISSED for failure to comply with the court's prior Order.

IT IS SO ORDERED.

DATED this 5 day of November, 2007.

Robert E. Jones
United States District Judge